## 42639.   GARNTO v. GERMAN.

PANNELL, Judge.   This case is an appeal from an order of the trial judge sustaining a special demurrer to an entire paragraph of the petition and sustaining a special demurrer to a portion of another paragraph of the petition but leaving the remainder of the petition unaffected and still pending in the court below.   The appeal, not being from a final judgment, must be dismissed.   Section 1, Appellate Practice Act of 1965 (Ga. L. 1965, p. 18; *Code Ann.* § 6-701).

*Appeal dismissed.   Bell, P. J., and Jordan, J., concur.*

ARGUED MARCH 7, 1967—DECIDED MARCH 14, 1967.

*Joe W. Rowland,* for appellant.

*Olin B. Cannon, Fulcher, Fulcher, Hagler, Harper & Reed, Gould B. Hagler, James T. Wilson, Jr.,* for appellee.